**Opinion issued April 2, 2015**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-15-00278-CV

———————————

## IN RE JOE ROGER PARKER, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, Joe Roger Parker, proceeding *pro se* and incarcerated, has filed a petition for writ of mandamus seeking to compel the trial court, which is not listed as respondent, to rule on his pending motions for a scheduling order to conduct discovery and to set a trial date in his underlying civil suit filed against prison

officials in the 12th Judicial District Court of Walker County.[1]  We dismiss the petition for want of jurisdiction.

This Court's mandamus jurisdiction is governed by Texas Government Code Section 22.221, which expressly limits the mandamus jurisdiction of the courts of appeals to:  (1) writs necessary to enforce the jurisdiction of the court of appeals; (2) writs against specified district or county court judges in the court of appeals district.  TEX. GOV'T CODE ANN. §§ 22.221(a), (b) (West Supp. 2014); *see In re Robinson*, No. 01-10-00910-CR, 2010 WL 5060625, at *1 (Tex. App.—Houston [1st Dist.] Dec. 9, 2010, orig. proceeding) (mem. op., not designated for publication).  We lack jurisdiction to issue a writ of mandamus against Relator's only named respondent, Brad Livingston, the Executive Director of the Texas Department of Criminal Justice, a prison administrator, unless necessary to enforce our jurisdiction, which is not necessary here because Relator seeks to compel the trial court to rule on his pending motions.  *See In re Robinson*, 2010 WL 5060625, at *1 (dismissing mandamus petition against several respondents, including a former prison administrator, for want of jurisdiction).

---

[1]     The underlying case, as listed by relator, is *Joe Roger Parker v. Brad Livingston, et al., Executive Director, TDCJ-ID*, Cause No. 24194, in the 12th Judicial District Court of Walker County, Texas, the Honorable Donald Kraemer presiding.  Relator listed "Brad Livingston[,] et al.[,] Executive Director[,] TDCJ-ID," as respondents.

In any event, to the extent that Relator intended to seek a writ of mandamus against the trial court, listed as the 12th Judicial District Court of Walker County, as one of the respondents, we still lack jurisdiction to issue the requested writ because this Court has no jurisdiction over the district courts of Walker County. *See In re Cordova*, No. 01-09-00391-CV, 2009 WL 1424637, at *1 (Tex. App.—Houston [1st Dist.] May 21, 2009, orig. proceeding) (mem. op.) (dismissing mandamus petition against a Walker County district court for want of jurisdiction); TEX. GOV'T CODE ANN. § 22.201(b). The Tenth Court of Appeals in Waco has jurisdiction over Walker County district courts. *See In re Cordova*, 2009 WL 1424637, at *1; TEX. GOV'T CODE ANN. §§ 22.201(k), 22.211(a) (West Supp. 2014).

Accordingly, Relator's petition for a writ of mandamus is **dismissed** for want of jurisdiction.

**PER CURIAM**

Panel consists of Justices Jennings, Higley, and Huddle.

3